[No. 5150-8-II.   Division Two.   December 8, 1982.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD ALLEN RICHARDSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 57603, Waldo F. Stone, J., entered November 13, 1980. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Petrich, A.C.J., and Petrie, J.

[No. 5070-6-II.   Division Two.   December 8, 1982.]

WILLIAM J. SCHMITT, ET AL, *Respondents,* v. CAPE GEORGE COLONY CLUB, *Petitioner*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 10022, Gerald B. Chamberlin, J., entered September 9, 1980. *Reversed* and *remanded* by unpublished opinion per Petrich, A.C.J., concurred in by Petrie and Worswick, JJ.

[No. 4514-5-III.   Division Three.   December 9, 1982.]

THE STATE OF WASHINGTON, *on the Relation of The City of Richland, Respondent*, v. MICHAEL BEECHINOR, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 80-1-00325-2, Daryl Jonson, J. Pro Tem., entered February 11, 1981. *Affirmed* by unpublished opinion per Green, J., concurred in by McInturff, C.J., and Roe, J.